IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL HOSEA | § | |
| VS. | § | CIVIL ACTION NO. 9:14cv96 |
| MICHAEL MUNIZ | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Michael Hosea, proceeding *pro se*, filed this civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion asking that his claim against the defendant be voluntarily dismissed (doc. no. 49). It would be in the interests of justice to grant the motion and dismiss this lawsuit.

Recommendation

Plaintiff's motion to dismiss should be granted and this lawsuit dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and

recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1429 (5th Cir. 1996).

SIGNED this 21st day of June, 2022.

_____
Zack Hawthorn
United States Magistrate Judge