IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL HOSEA | § | |
| VS. | § | CIVIL ACTION NO. 9:14cv96 |
| MICHAEL MUNIZ | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Hosea, proceeding *pro se*, filed the above-styled lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends that a motion to dismiss filed by plaintiff be granted and this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion to dismiss (doc. no. 49) is **GRANTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED** this the 15 day of **July, 2022.**

_____
Thad Heartfield
United States District Judge